760 A.2d 778

IN THE MATTER OF PUBLIC SERVICE ELECTRIC AND
GAS COMPANY'S RATE UNBUNDLING, STRANDED
COSTS AND RESTRUCTURING FILINGS.

IN THE MATTER OF THE PETITION OF PUBLIC SERVICE ELEC-
TRIC AND GAS COMPANY FOR A BONDABLE STRANDED
COST RATE ORDER IN ACCORDANCE WITH CHAPTER 23 OF
THE LAWS OF 1999, ETC.

July 14, 2000.

Granted.

760 A.2d 778

ANTONIO SGRO, ET AL., PLAINTIFFS–MOVANT,
v. RICHARD ROSS, DEFENDANT.

July 17, 2000.

Motion for reconsideration of the petition for certification is granted.

760 A.2d 778

ROBERT CHRISTIE, PLAINTIFF–RESPONDENT, v. WALTER
LUCAS, ESQ., ET AL., DEFENDANTS–PETITIONERS.

September 8, 2000.

Leave to appeal is granted.